

FILED

2011 SEP 14 PM 2:23

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**'11 MJ 3415**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. _____ |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 18, U.S.C., Sec. 1030(a)(2)(C) and (c)(2)(B)- Intentionally Exceeding Authorized Access to a Protected Computer |
| KAZUO NAKAYAMA, | |
| Defendant. | |

The undersigned Complainant, being duly sworn, states:

### Count 1

Beginning in or about May 2011, and continuing up to and including August 24, 2011, within the Southern District of California, defendant KAZUO NAKAYAMA intentionally exceeded authorized access to a computer and thereby obtained information from a protected computer, and ~~the offense was committed for purposes of commercial advantage and private financial gain, and~~ the value of the information obtained exceeded $5,000; in violation of Title 18, United States Code, Section 1030(a)(2)(C) and (c)(2)(B) ~~(i) and~~ (iii).

//

//

//

*l /sm*

1    This complaint is based on the attached Statement of Facts

2   incorporated herein by reference.

3

4                          TODD WALBRIDGE,

5                          Special Agent, FBI

6

7   Sworn to me and subscribed in my presence this 14th day of September,
    2011.
8

9                          RUBEN B. BROOKS

10                         U.S. MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1 | UNITED STATES OF AMERICA
          v.
2
   KAZUO NAKAYAMA
3

4 | STATEMENT OF FACTS

5 | TODD WALBRIDGE, being duly sworn, states:

6 | 1.   I am a Special Agent with the Federal Bureau of
7 | Investigation (FBI).  The following is based on my own investigation,
8 | oral and written reports by other law enforcement officers,
9 | interviews, public records, database checks, searches, and other
10 | investigation. As this affidavit is for a limited purpose, I have not
11 | included every fact I know about this investigation.  I set forth only
12 | facts necessary to establish foundation for the complaint.  Dates and
13 | times are approximate.

14 | 2.   Defendant Kazuo Nakayama was employed as a Principal Antenna
15 | Engineer by Novatel Wireless Inc. in San Diego, California from
16 | December 6, 2010, until and including August 31, 2011.  On December
17 | 6, 2010, Nakayama signed two documents: (1) "Inventions Disclosure,
18 | Confidentiality & Proprietary Rights Agreement" (the "Confidentiality
19 | Agreement"), and (2) "Review of IT Policies and Procedures" (the "IT
20 | Policies").

21 | 3.   Under Paragraph 2.1 of the Confidentiality Agreement,
22 | Nakayama agreed that he would not "directly or indirectly, use for
23 | myself or others . . . any Confidential Information of the Company .
24 | . . except as may be authorized and required by the Company in the
25 | course of my employment with the Company."

26 | 4.   Under Paragraph 2.2 of the Confidentiality Agreement,
27 | Nakayama agreed that "[a]ll . . . computer-stored information . . .
28 | relating in any manner to the Company's business . . . shall not be

3

1  removed from the Company's premises without its prior written consent,
2  nor shall I make unauthorized copies of such information."

3      5.    Paragraph 6.4.1 of the IT Policies states that, "Use of
4  Novatel IT resources . . . and IT equipment are for business purposes.
5  Occasional personal use is permitted as long as your direct supervisor
6  agrees that it is not affecting work performance and the use is not
7  in violation of any of the rules contained in this policy."

8      6.    Paragraph 6.4.15 of the IT Policies states that, "Novatel
9  IT resources shall not be used for personal gain or performing work
10 for personal profit."

11     7.    According to statements that Nakayama made to the FBI during
12 a consensual interview, Nakayama encountered a former colleague at an
13 industry conference in San Diego in May 2011.  The former colleague
14 worked for a Novatel competitor, Huawei, and advised Nakayama that
15 Huawei was hiring.  At or around this time, Nakayama said, he began
16 accessing the Novatel computer network via his company-issued laptop
17 and saving Novatel files to personal external storage devices.

18     8.    According to interviews with Nakamaya's supervisor at
19 Novatel, Bill Babbitt, and Novatel counsel, Catherine Ratcliffe, in
20 or about early August 2011, Novatel learned that Nakayama had accepted
21 a job with Huawei.  Novatel then hired a forensic consulting company
22 to image Nakayama's company-issued laptop.  The forensic company's
23 analysis of the computer showed that Nakayama had been downloading and
24 saving proprietary Novatel information from Novatel's computer network
25 since approximately May 2011 and had continued to do so until just
26 before Novatel imaged the computer.  The files that Nakayama accessed
27 and saved to his personal external storage devices included  files for
28 a Novatel project known as "Caspian".  Nakayama did not have

4

1   authorization to copy the Caspian files to his personal electronic
2   storage devices.  Ratcliffe has advised me that the electronic files
3   pertaining to the Caspian project are worth approximately $6 million.

4        9.   On August 24, 2011, Nakayama submitted his resignation to
5   Novatel.  The next day, Ratcliffe met with Nakayama to conduct an exit
6   interview.  During the interview, Ratcliffe provided Nakayama with his
7   signed  copy  of  the  Confidentiality  Agreement  and  asked  if  he
8   remembered signing it.   Nakayama replied that he did and that he
9   understood it.   Ratcliffe asked Nakayama why he had downloaded
10  information from the Novatel computer system onto four different
11  external storage devices.  Nakayama replied that he had done so for
12  his personal knowledge and interest.  Ratcliffe then asked him to sign
13  a release form permitting Novatel to review the four external storage
14  devices.  Nakayama agreed to the request and Novatel and its forensic
15  consultant took possession of an external hard drive, two thumb
16  drives, and a USB drive later that day.

17       10.   Novatel's forensic review of these storage devices showed
18  that Nakayama downloaded data from Novatel's computer network up until
19  August 24, 2011, the day that he resigned.  The external hard drive
20  alone contained approximately 670 gigabytes of data.[1]  Due to this
21  volume, Novatel has not yet completed its forensic review of the data.
22  It has found, in addition to the Caspian files, a file entitled "CDMA"
23  and files pertaining to a project known as "Fonseca" on Nakayama's
24  external storage devices.  Ratcliffe has told the FBI that the CDMA
25  file  contains  approximately  ten  years  worth  of  research  and
26  information and that the Fonseca files, like the Caspian files, are

27

28       [1]   For reference, 500 gigabytes is akin to approximately 25
     million pages.

1  worth approximately $6 million.  Babbitt has told me that neither the
2  volume of data nor the files that Nakayama downloaded to his personal
3  external  storage  devices  were  consistent  with  Nakayama's  job
4  assignment or for work that Nakayama would have conducted on Novatel's
5  behalf.

6      11.  On  August  31,  2011,  Novatel  terminated  Nakayama's
7  employment.  Shortly thereafter, Nakayama consented to an interview
8  with the FBI at Novatel's offices.  During the interview, Nakayama
9  stated that he began downloading data from Novatel's network in the
10  spring and continued up until his resignation.  Nakayama said that he
11  neither sought nor had authorization to download and copy this data
12  to his personal external storage devices.  To download the data,
13  Nakayama said that he used his company-issued laptop to access the
14  Novatel computer network and then copied data from the network onto
15  his personal external storage devices.  Nakayama initially stated that
16  he had downloaded the data to improve his performance at Novatel.
17  Later, Nakayama admitted that the data was for his personal enrichment
18  and benefit and that he wanted to use it to develop his own expertise.
19  Nakayama eventually said, "what I did was wrong."

20      12.  Novatel's computer servers, which are in San Diego, are
21  accessible via the Internet, via virtual private networking, and by
22  offices located in Texas, Canada, England, and China.
23  //
24  //
25  //
26  //
27  //
28  //

6

1    SEALING REQUEST: Because this is an ongoing investigation and
2 premature disclosure of the investigation and this affidavit could
3 cause the subject to flee and the destruction of evidence, I request
4 that this affidavit, all arrest warrants, the complaint, and all other
5 associated court records be sealed until further court order.

6

7                       TODD WALBRIDGE, Special Agent
                          Federal Bureau of Investigation
8

9 SUBSCRIBED and SWORN to before me on September ___, 2011.

10

11                   HON. RUBEN B. BROOKS
                   UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7